# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JUDY COURTNEY** | § | Docket No. 2:23-cv-04530 |
| | § | |
| | § | |
| Versus | § | Judge: JAY C. ZAINEY |
| | § | |
| | § | |
| **STATE FARM FIRE AND** | § | Magistrate Judge: DONNA PHILLIPS |
| **CASUALTY COMPANY** | § | CURRAULT |

## **VOLUNTARY MOTION TO DISMISS WITHOUT PREJUDICE**

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss without Prejudice for the reasons set forth below.

1. Plaintiff, JUDY COURTNEY, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 28, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Undersigned counsel was able to get in contact with the Plaintiff after the filing of the lawsuit. Upon consulting with the Plaintiff on October 5th, 2023, undersigned counsel was advised that the Plaintiff had retained other counsel.

Accordingly, upon due consideration of the facts and law, undersigned counsel wishes to voluntarily dismiss this claim without prejudice so that Plaintiff may move forward in state court on this matter.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**